**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

Nos. 97-2296/3397

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the |
| $281,000, in U.S. Currency, | * | Eastern District of Missouri. |
| | * | |
| Defendant, | * | **[UNPUBLISHED]** |
| | * | |
| William Yancey Jones, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: May 7, 1998
Filed: May 12, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

William Yancey Jones appeals the district court's[1] grant of summary judgment in favor of the United States on its claim seeking forfeiture of $281,130 in currency

---

[1]The HONORABLE DONALD J. STOHR, United States District Judge for the Eastern District of Missouri.

under 21 U.S.C. § 881. Jones argues that the government's claim is barred by res judicata because the currency was not included in the properties forfeited in Jones's prior criminal proceedings. Even assuming res judicata principles may apply between civil and criminal forfeiture proceedings, <u>cf.</u> <u>United States v. Maull</u>, 855 F.2d 514, 516-17 (8th Cir. 1988), Jones's contention fails because the currency here at issue was not before the court and adjudicated in the prior criminal proceedings. We also reject Jones's remaining jurisdiction, double jeopardy, and estoppel arguments as without merit. Accordingly, we affirm.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.